IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Cr. No. 25-cr-81-SM-AJ |
| ] | |
| MICHAEL DARCY ] | |

ASSENTED-TO MOTION TO CONTINUE TRIAL

    NOW COMES the Defendant, Michael Darcy, and requests this Honorable Court continue trial currently scheduled to occur on December 9, 2025, for a period of sixty (60) days to the trial period beginning February 18, 2026,  In support of this Motion it is stated as follows:

    Mr. Darcy is charged with five counts of bank fraud.

    Mr. Darcy was arraigned on November 6, 2025.

    His trial has been set to occur on December 9, 2025.

    While discovery was promptly provided by the Government, this is a fraud case with thousands of pages of discovery.  This material cannot be reviewed by counsel and discussed with the Defendant in a period of approximately 30 days.  The scheduling of this trial necessitates a continuance of trial in this case.

    The Government, by and through, AUSA Alexander Chen, assents to the relief requested herein.

    Undersigned counsel has discussed this Motion with Mr. Darcy as well as having discussed his Constitutional Right to a Speedy Trial.  Mr. Darcy, having been advised of those rights, has agreed to waive those rights for the purposes of this Motion and understands that a granting of this Motion will delay his trial and waive his speedy trial rights for that purpose.

WHEREFORE Mr. Courtemarche requests this Honorable Court:

A. Grant his request to continue his trial approximately sixty days to the trial period beginning February 18, 2026; and

B. Grant such other relief as justice and equity require.

Respectfully submitted,<br>
<u>/s/ Jaye Rancourt</u><br>
Jaye Rancourt, AFPD<br>
Federal Public Defender Office<br>
(603) 226-7360<br>
Jaye_Rancourt@fd.org<br>
N.H. Bar #14235

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on the following person on November 10, 2025, and in the manner specified herein: electronically served through CM/ECF to AUSA Alexander S. Chen.

<u>/s/ Jaye Rancourt</u>
Jaye Rancourt