UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                Case No. 25-cr-81-01-SM

<u>Michael Darcy</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted; Final Pretrial Conference is rescheduled to February 4, 2026 at 1:30 p.m. Trial is continued to the two-week period beginning February 18, 2026, 9:30 a.m.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

By the Court,

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: November 14, 2025

cc:   Counsel of Record
      U.S. Marshal
      U.S. Probation