UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 25-cr-81-SM |
| MICHAEL DARCY, | ) ) ) | |
| Defendant. | ) ) | |

ORGANIZATIONAL VICTIM STATEMENT
Fed. R. Crim. P. 12.4(b) and Local Criminal Rule 12.4.1(b)

The United States of America, by Erin Creegan, the U.S. Attorney for the District of New Hampshire, and Alexander S. Chen, an Assistant U.S. Attorney, has identified at least one organizational victim in the above-captioned case.  Pursuant to Fed. R. Crim. P. 12.4(b) and Local Criminal Rule 12.4.1(b), the Government identifies the following victim.

The Phelps Company is a small business based in Hinsdale, New Hampshire that is wholly owned by Walter Phelps.  The Government is unaware of any parent company, planned mergers, or shareholders other than Walter Phelps.

Respectfully submitted,

ERIN CREEGAN
United States Attorney

Dated: December 8, 2025            By:     /s/ Alexander S. Chen
                                           Alexander S. Chen
                                           Assistant U.S. Attorney

1