UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.              Case No. 25-cr-81-01-SM

Michael Darcy

ORDER

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Final Pretrial Conference is rescheduled to July 8, 2026 at 11:30 a.m. Trial is continued to the two-week period beginning July 21, 2026, 9:30 a.m.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

By the Court,

_____
Steven J. McAuliffe
United States District Judge

Date: January 28, 2026

cc:   Counsel of Record
      U.S. Marshal
      U.S. Probation