Reset Form

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States
Plaintiff(s)/United States

v. Case No. 25-cr-81-01-SM-AJ

Michael Darcy
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that the Defendant, Michael Darcy has conventionally filed the following attachment or exhibit: Exhibit A
.

This attachment or exhibit has not been filed electronically because:

it contains confidential information about the defendant's highly personal mental health information.

Date: 11/02/26

/s/ Jaye Rancourt
Jaye Rancourt
NH Bar No. 14235
Federal Defender Office
22 Bridge Street, 3rd Floor, Box #12
Concord, N.H., 03301
603-226-7360
Jaye_Rancourt@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

AUSA Alexander S. Chen

Date: 11/02/26

/s/ Jaye Rancourt

Jaye Rancourt
NH Bar No. 14235
Federal Defender Office
22 Bridge Street, 3rd Floor, Box #12
Concord, N.H., 03301
603-226-7360
Jaye_Rancourt@fd.org