UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | No. 25-cr-81-SM-AJ |
| | ) | **FILED UNDER SEAL – Level I** |
| | ) | **Pursuant to LCrR 83.12(3)** |
| MICHAEL DARCY | ) | |

**ASSENTED-TO MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM EXHIBIT A**

NOW COMES the defendant, Michael Darcy, by and through counsel, Jaye Rancourt, respectfully requests that this Court issue an Order sealing the defendant's Exhibit A of the *Defendant's Sentencing Memo*, filed with this court on November 2, 2026. Grounds follow.

Defense counsel seeks to have the Defendant's Sentencing Memo - Exhibit A sealed because it contains detailed personal information about the defendant's mental health, relating to his psychological evaluation. Sealing the exhibit (rather than the entire memorandum) strikes the appropriate balance between the public's interest in the matter and Mr. Darcy's privacy interests.

Pursuant to Local Rule 83.11, a motion to seal must be filed separately from the item sought to have sealed and must explain the reason why the item should be sealed and the level at which it should be sealed. The exhibit and docket entries should be sealed at Level I so that only the attorneys appearing in this action have access to them.

The Government, by and through Alexander S. Chen, AUSA, has been contacted and assents to the relief requested herein.

No memorandum of law is necessary to the resolution of the issues raised in this Motion to Seal.

WHEREFORE, the defendant respectfully requests that this court issue an Order sealing the defendant's Sentencing Memorandum Exhibit A.

Respectfully submitted,

Dated: November 2, 2026

*/s/ Jaye Rancourt*

Jaye Rancourt, AFPD
Federal Public Defender Office
(603) 226-7360
Jaye_Rancourt@fd.org
N.H. Bar #14235

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on November 02, 2026, to AUSA Alexander S. Chen.

*/s/ Jaye Rancourt*
Jaye Rancourt